UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

KERRY PORTER                                                              PLAINTIFF

v.                                                              3:12-CV-829-CRS

LOUISVILLE JEFFERSON COUNTY
METRO GOVERNMENT, et al.                                         DEFENDANTS

## ORDER

This matter is before the court for consideration of the objections of non-party Juan
Sanders to the Order of the United States Magistrate Judge compelling Sanders to appear for a
deposition in this case.

In determining that Sanders' *pro se* motion for a protective order should be overruled, the
magistrate judge made a number of critical findings:

(1)  Based upon the facts of the case, Sanders' testimony is likely relevant.

(2)  It does not appear that there are any pending criminal charges against Sanders related
to the facts giving rise to this lawsuit.

(3)  Sanders was properly served with a valid subpoena.

(4)  Although Sanders may have a Fifth Amendment privilege to raise at his deposition,
the proper procedure for a deponent in such a situation is to appear for deposition and assert the
privilege where proper in response to specific questions.

Sanders' objections, though lengthy, do not challenge any of the preceding findings upon which the magistrate judge's ruling was properly and correctly based. Sanders seeks appointment of counsel to assist him in the deposition process. The magistrate judge indicated that he would address counsel issues by separate order. (DN 178, p. 2). Essentially, the remaining objections challenge plaintiff Kerry Porter's ability to succeed on the claims in his case. However, ultimate success is beside the point, as the magistrate judge has found that Sanders' testimony is likely relevant and there is no legal impediment to the taking of Sanders' deposition.

Therefore, motion having been made and for the reasons set forth hereinabove and the court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that the objections of non-party Juan Sanders to the October 7, 2015 Order of the United States Magistrate Judge (DN 170) are **OVERRULED.**

**IT IS SO ORDERED.**

December 17, 2015

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc:    Counsel of Record
       Juan Sanders, 2317 W. Hill St., Louisville, KY  40210